UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 04-60239 CR-ZLOCH  MAGISTRATE JUDGE SNOW

18 USC § 3146(a)(1)
18 USC § 401

UNITED STATES OF AMERICA

vs.

ANA EDITH DIAZ,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about June 10, 1998, to and through the date of this indictment, in Broward County, in the Southern District of Florida, the defendant,

**ANA EDITH DIAZ,**

having previously been charged with a violation of Title 18, United States Code, Section 1542, that is, making a false statement in a passport application, an offense punishable by imprisonment for a term of five years or more, and having been released by the United States District Court for the Southern District of Florida pursuant to Chapter 207 of Title 18, United States Code, Section 3141 et seq., in the case of United States v. Ana Edith Diaz, Case No. 98-6024-CR-ZLOCH, did knowingly and willfully fail to appear for sentencing before said Court as required by the conditions of her release, as ordered by the Court on or about March 26, 1998; in violation of Title 18, United States Code, Sections 3146(a)(1) and 3146(b)(1)(A)(ii).



## COUNT 2

From on or about June 10, 1998, to and through the date of this indictment, in Broward County, in the Southern District of Florida, the defendant,

**ANA EDITH DIAZ,**

did knowingly and willfully, and in disobedience and resistance to a lawful order and command of the United States District Court for the Southern District of Florida, given at Ft. Lauderdale, Florida, on or about March 26, 1998, in the case of United States v. Ana Edith Diaz, Case No. 98-6024-CR-ZLOCH, fail to appear for sentencing as ordered by the Court; in violation of Title 18, United States Code, Section 401(3).

A TRUE BILL

_Ronald Carey_
FOREPERSON

_[signature]_
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_[signature]_
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   ANA EDITH DIAZ           No.: _____

Count #I:
Failure to appear 18:3146(a)(1)

*Max Penalty: Not more than 5 years' imprisonment and $250,000 fine

Count #II:
Criminal Contempt 18:401

*Max Penalty: Penalty is at the discretion of the court

Count #:


*Max Penalty:


Count # :


*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| ANA EDITH DIAZ | |

**Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)　　Yes ___　No ___
Number of New Defendants ___
Total number of counts ___

___ Miami　　___ Key West
_X_ FTL　　___ WPB　___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:　(Yes or No) NO
   List language and/or dialect _____

4. This case will take _1_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)　　　　　(Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____　Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _98-6024-CR-ZLOCH_
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? _X_ Yes ___ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No
   If yes, was it pending in the Central Region? _X_ Yes ___ No

9. Did this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ___ Yes _X_ No

_____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A5500033

*Penalty Sheet(s) attached

REV.1/14/04

No. FGJ NO. 05874

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

ANA EDITH DIAZ

## INDICTMENT

18:3146(a)(1)
18:401

A true bill.

_____
*Foreperson*

Filed in open court this _____ day,

of _____ A.D. 2004

_____
*Clerk*

Bail, $ _____